**United States District Court for the Eastern District of Virginia
Alexandria Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **No. 1:25cr73** |
| | ) | |
| **Maurice Smith** | ) | **Sentencing: September 11, 2025** |
| | ) | **Hon. Patricia T. Giles** |
| **Defendant.** | | |

## Motion to Seal

The defendant, Maurice Smith, by counsel, moves to seal his Position on Sentencing.

"In *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978), the Supreme Court recognized a common law right to inspect and copy judicial records and documents. This right to access to court records is not absolute, however." *In re The Knight Publishing Company v. Observer*, 743 F.2d 231, 234 (1984). A court "has supervisory power over its own records, and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *Id.* at 235. When asked to seal court documents, the court must follow specific procedures. According to Fourth Circuit case law, before a court may seal any court documents the court must (1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal and for rejecting the alternatives. *Ashcroft v. Conoco*, 218 F.3d 288, 302 (4th Cir. 2000).

1

For purposes of defendant's motion, the interested parties are the U.S. government and Mr. Smith.  The documents in question include medical information pertaining to Mr. Smith's family.  The need to protect Mr. Smith's family's medical information outweighs the public's right to access in this case. Placing these documents under seal will protect Mr. Smith's privacy.

For the foregoing reasons, Mr. Smith requests that the Court grant his Motion to Seal his Position on Sentencing.

Respectfully submitted,

By Counsel,

_____/s/_____
Nathaniel Wenstrup
Virginia Bar No. 96324
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0825
703-600-0880 (fax)
Nate_Wenstrup@fd.org