**United States District Court for the Eastern District of Virginia**
**Alexandria Division**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | **No. 1:25cr73** |
| | ) | |
| **Maurice Smith** | ) | **Sentencing: September 11, 2025** |
| | ) | **Hon. Patricia T. Giles** |
| **Defendant.** | | |

## Order

Having considered the DEFENDANT'S MOTION TO SEAL his Position on

Sentencing, (ECF. No. __), the Motion is hereby granted. The Position on Sentencing

is to be placed under seal.

It is SO ORDERED.

_____
United States District Judge

Date:

1